**UNITED STATES of America,
Plaintiff/Appellee,**

v.

**Lisa Joy Wesley SILVALETTI,
Defendant/Appellant.**

No. 06–3729.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 17, 2007.

Filed: March 4, 2008.

David M. Rosen, Asst. U.S. Attorney, U.S. Attorney's Office, St. Louis, MO, for Plaintiff/Appellee.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

Daniel P. Reardon, Jr., St. Louis, MO, for Defendant/Appellant.

Lisa Joy Wesley Silvaletti, Troy, MO, pro se.

Before WOLLMAN, BRIGHT, and JOHN R. GIBSON, Circuit Judges.

PER CURIAM.

Lisa Joy Wesley Silvaletti appeals the district court's[1] revocation of her supervised release and imposition of a one year sentence. We dismiss the appeal as moot because she was released from federal custody on October 16, 2007, after she fully served her term of imprisonment in this case. *See Spencer v. Kemna*, 523 U.S. 1, 14–18, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998) (declaring moot challenge to allegedly erroneous parole revocation because defendant had already served entire sentence). Accordingly, we dismiss the appeal as moot.

---

**1.** The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.